JOHN G. VAN DALEN, ETC. v. WASHINGTON TOWNSHIP, ETC.

September 6, 1989.

Cross-petition for certification granted. (See 232 *N.J.Super.* 205).

AMERICAN HOME ASSURANCE COMPANY v. ST. PAUL FIRE & MARINE INSURANCE COMPANY, ET AL.

September 6, 1989.

Petition for certification denied. (See 233 *N.J.Super.* 137).

ROSELLA & FRANK O'GRADY v. ROBERT I. OBERHAND, M.D., ET AL.

September 6, 1989.

Petition for certification denied.

TOWNSHIP OF NORTH BERGEN, ET AL. v. CITY OF JERSEY CITY, ETC., ET AL.

September 6, 1989.

Petition for certification denied. (See 232 *N.J.Super.* 219).